**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM  1**

| | |
|---|---|
| AIR DISTRIBUTION USA INC. **Plaintiff,** v. **UNITED STATES,** **Defendant.** | **S U M M O N S** **Court No.** 25-cv-63 |

**TO:**    The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

**/s/ Mario Toscano**
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | Charleston, South Carolina | Center (if known): | CEE002 |
| Protest Number: | 160125107381 | Date Protest Filed: | 03/12/2025 |
| Importer: | Air Distribution USA Inc. | Date Protest Denied: | 03/27/2025 |
| Category of Merchandise: | hookah tobacco | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 22447742804 | 10/20/2023 | 9/13/2024 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Christopher Duncan, Esq.
Stein Shostak Shostak Pollack & O'Hara, LLP
445 S. Figueroa St. Suite 2388 LA CA 90071
cduncan@steinshostak.com  (213)630-8888
Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| hookah tobacco | 2403.11.0000 | | 2404.11.0000 | |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: |
| Customs decided "hookah tobacco" is "water pipe tobacco," not "pipe tobacco" or non-combusted tobacco, but refund claims for internal revenue taxes (IRT) Customs charged on "hookah tobacco" at the "pipe tobacco" IRT rate must be filed with the Department of Treasury, not Customs. |

| The issue which was common to all such denied protests: |
|---|
| Did Customs err by charging IRT on "hookah tobacco" at the "pipe tobacco" IRT rate? If so, does Customs or Treasury refund the IRT?" |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Christopher Duncan

_____

*Signature of Plaintiff's Attorney*

April 7, 2025

_____

*Date*